■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE-DWEN SHEPPARD, Appellant. [18 NYS3d 347]—Appeal by the defendant from an order of the Supreme Court, Kings County (Dowling, J.), dated August 19, 2013, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant contends that he was deprived of his statutory and constitutional due process rights because the New York State Office of Mental Health failed to comply with a subpoena duces tecum directing it to disclose certain documents which he sought to utilize at a hearing pursuant to the Sex Offender Registration Act (Correction Law art 6-C). However, under the particular circumstances here, the defendant's contention is unpreserved for appellate review (*see generally* CPL 470.05 [2]; *People v Rodriguez*, 21 NY3d 1030, 1031-1032 [2013]; *People v Wise*, 127 AD3d 834 [2015]; *People v McFarlane*, 24 AD3d 570, 571 [2005]). In any event, the defendant was not deprived of due process, nor the effective assistance of counsel (*see* Correction Law § 168-n; *Doe v Pataki*, 3 F Supp 2d 456, 470 [SD NY 1998]; *People v Gutierrez-Lucero*, 103 AD3d 89, 98 [2012]; *People v Bowles*, 89 AD3d 171, 173 [2011]; *People v Szwalla*, 61 AD3d 1289, 1290 [2009]). Rivera, J.P., Leventhal, Austin and Hinds-Radix, JJ., concur.